UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JORGE LUNA-HUERTA,

Petitioner,

v.

BRIAN ENGLISH, Warden,

Respondent.

CAUSE NO. 3:26-CV-766-CCB-SJF

## ORDER

Immigration detainee Jorge Luna-Huerta, a litigant without counsel, moves to voluntarily dismiss his habeas corpus petition without prejudice. (ECF 8.) He states that an immigration judge has ordered him removed to Mexico and he waived his right to appeal. In light of these developments, he does not wish to pursue habeas relief at this time. In the interest of justice, his motion will be granted.

For these reasons, the motion (ECF 8) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is **DIRECTED** to close the case.

SO ORDERED on June 12, 2026.

  /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT